**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-12-572 |
| | § § § | |
| JUAN ANTONIO CABRALES-SORIA | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry 33). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | April 1, 2013 |
| Responses are to be filed by: | April 15, 2013 |
| Pretrial conference is reset to**:** | **April 22, 2013, at 9:00 a.m.** |
| Jury trial and selection are reset to: | **April 29, 2013, at 9:00 a.m.** |

SIGNED on February 5, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge