**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-12-572 |
| | § § § | |
| JUAN ANTONIO CABRALES-SORIA | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry 35). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 31, 2013 |
| Responses are to be filed by: | June 14, 2013 |
| Pretrial conference is reset to: | **June 17, 2013, at 9:00 a.m.** |
| Jury trial and selection are reset to: | **June 24, 2013, at 9:00 a.m.** |

SIGNED on April 3, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge